

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-42,963-03

**EX PARTE ANTHONY DEVON WRIGHT, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. FR43360 IN THE 264TH DISTRICT COURT
## FROM BELL COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of burglary of a habitation and sentenced to life imprisonment.

On, April 2, 2014, this Court dismissed this application as a subsequent application barred by Article 11.07, Section 4 of the Texas Code of Criminal Procedure. Upon further consideration, this Court has determined that the dismissal was erroneous, because Applicant raised a meritorious double jeopardy claim based on newly available law. This Court is also withdrawing its dismissal

of a companion application, and vacating the conviction and sentence in that case as barred by the Constitutional prohibition on double jeopardy. The conviction and sentence in this case, however, remain in effect. Therefore, this Court withdraws its previous dismissal of this application, and now denies relief on this application.

Filed: September 24, 2014
Do not publish